IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 23  P 12: 07
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | | |
|---|---|---|
| NELITA R. SMITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-02-1140 |
| OURISMAN AUTOMOTIVE OF LAUREL, INC., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| NELITA R. SMITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-02-1664 |
| OURISMAN AUTOMOTIVE OF LAUREL, INC., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

ORDER

Defendants have filed a motion to consolidate the above-noted cases. It has come to the attention of the Court that the above cases derive from the same Court action in the Circuit Court of Maryland for Anne Arundel County, Case No. C-2002-77910, consisting of the initial and the First Amended Complaint. The Court concludes that it would be in the interest of justice and judicial economy to consolidate these cases, both for discovery and trial,



Accordingly, IT IS this **22nd** day of **July**, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion to Consolidated (Paper No. 15 in WMN-02-1664) is "GRANTED";

2. That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-02-1140, and all future pleadings are to be captioned and filed in that action;

3. That all pleadings filed heretofore in Civil Action No. WMN-02-1664 shall be deemed to have been filed in Civil Action No. WMN-02-1140;

4. That Civil Action No. WMN-02-1664 is hereby ADMINISTRATIVELY CLOSED; and

5. That the Clerk of the Court shall MAIL or TRANSMIT a copy of this Order to all counsel of record.

William M. Nickerson
Senior United States District Judge